# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
## AT JACKSON
### June 3, 2008 Session

## MARCUS WARD v. STATE OF TENNESSEE

**Appeal from the Criminal Court for Shelby County**
**No. 04-06910          Paula Skahan, Judge**

---

**No. W2007-01632-CCA-R3-PC  - Filed January 14, 2009**

---

JOSEPH M. TIPTON, P.J., dissenting.

I respectfully dissent from the majority opinion's holding that lifelong community supervision is not a direct punitive consequence of the petitioner's pleading guilty to aggravated sexual battery. Tennessee expressly makes life supervision a part of the sentence. See T.C.A. § 39-13-524 (providing for "a sentence of community supervision for life"). Thus, I agree with the conclusions reached in New Jersey and Nevada. See State v. Jangochian, 832 A.2d 360, 362 (N.J. Super. App. Div. 2003); Palmer v. State, 59 P.3d 1192, 1196-97 (Nev. 2002). The post-conviction court's factual findings, though, fail to reflect whether the court accredited the petitioner's testimony that he was unaware of this consequence at the time he signed the documents and that he would not have pled guilty had he been told about such a consequence. Thus, I would remand the case for more factual findings based upon the testimony previously received.

_____
JOSEPH M. TIPTON, PRESIDING JUDGE